STATE *v.* F. A. ALLISON ET AL.

October Term, 1899.

Present : TAFT, C. J., ROWELL, TYLER, MUNSON, START, and WATSON, JJ.

Opinion filed April 2, 1900.

*State v. Massey*—The opinion in the preceding case of State v. Massey is applicable to this case.

BILL OF COMPLAINT brought to the Court of Chancery for Caledonia County by the State's Attorney for said County. All of the defendants answered and incorporated a demurrer into their respective answers. Before any orders were made in the case the defendants moved for a trial by jury upon the issues of fact. The cause was heard on said demurrers and on the motion for a trial by jury at the June Term, 1899, before *Thompson,* Chancellor, who denied said motion, overruled the demurrers and adjudged the bill of complaint sufficient. Thereupon the defendants moved to have the benefit of their demurrers reserved to them till final hearing, and to have their answers brought forward for hearing. This motion was denied and the bill taken as confessed as to all of the defendants. It was further adjudged and decreed that the common nuisance, set forth in the complaint, had been kept and maintained as charged in the bill and that the defendants and each of their servants, agents, lessees, tenants and assigns be perpetually enjoined from keeping and maintaining such nuisance and from suffering it to be maintained, and that the defendants pay costs. The defendants appealed.

The bill of complaint was filed May 25, 1899, and charged that certain rooms in a building in St. Johnsbury, owned by the defendant Bank and Trust Company, were kept and maintained as a liquor nuisance by its occupants, the defendants F. A. Allison and Campbell Davie. The bill of complaint in this case did not allege a conviction at law of the occupants, or of either of them prior to the bringing of the bill. It contained no allegation of knowledge on the part of the Citizen's Bank and Trust Company.

The bill prayed for the injunction granted by the Chancellor.

*Leighton P. Slack,* State's Attorney, and *Alexander Dunnett* for the State.

*Bates, May & Simonds* and *Harland B. Howe* for the defendants.

MUNSON, J. It is not claimed but that a temporary injunction may issue against a tenant prior to conviction, and it has been held in *State* v. *Massey,* herein reported, that an injunction cannot issue against an owner not charged with knowledge. The case is therefore disposed of upon the opinion in the case named.

*Decree reversed pro forma as to defendants F. A. Allison and Campbell Davie; reversed and demurrer sustained as to defendant Citizens Savings Bank and Trust Co., and the information as to it adjudged insufficient; cause remanded.*